March 9, 1984.

473 A.2d 654
Washington Industrial Corp. v. Ciaffoni, Appellant.
Petition for Allowance of Appeal
Denied June 29, 1984.

 Submitted November 8, 1983. Eugene J. Julian, for appellant; Phillip J. Binotto, Jr., for appellees.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Appeal from order dated September 18, 1981 quashed. Appeal from order dated April 7, 1982 affirmed. Appeal from order of December 31, 1982 quashed.